In the Matter of the Judicial Settlement of the Account of Proceedings of CATHERINE A. CRONIN, as Executor, etc., of MICHAEL CRONIN, Deceased, Appellant. WILLIAM CRONIN, Respondent.— Decree of the Surrogate's Court of West-

chester county, in so far as appealed from, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. [143 Misc. 559.]